UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-11174-LSS |
| | ) | |
| STEPHEN D. BROWNING and | ) | |
| MICHELLE L. BROWNING, | ) | |
| | ) | CHAPTER: 7 |
| Debtors | ) | |

## **REQUEST FOR NOTICES**

COMES NOW, David C. Whitridge, of the firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this Request for Notices as attorney for, **ON DECK CAPITAL, INC.**, a creditor and party in interest in the above-styled case, and hereby requests receipt of all notices and orders entered in this case.

Respectfully submitted this 4th of June, 2019.

/s/David C. Whitridge
**DAVID C. WHITRIDGE**
Georgia State Bar No. 754793

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
dwhitridge@tokn.com