**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| STEPHEN D. BROWNING, : | |
| MICHELLE L. BROWNING : | Chapter 7 |
| : | Case No. 19-11174 LSS |
| Debtors. : | **Hearing Date:  August 15, 2019** |
| : | **Response Date:  August 11, 2019** |

**<u>MOTION TO SEVER CHAPTER 7 CASE</u>**

COMES NOW, Stephen D. Browning, debtor herein, by his attorney, Doreen H. Becker, Esquire, of Holfeld & Becker, who respectfully requests that this Honorable Court enter an order severing this Chapter 7 case into two distinct cases due to the following:

1. The Debtors filed a chapter 7 case on May 24, 2019 (the "Petition Date").

2. Due to irreconcilable differences, the parties separated after the Petition Date.

3. Due to the conflict of interest that arose post petition for debtors' attorney William F. Jaworski, Jr., in representing both debtors, he filed a Motion to Withdraw as counsel for the debtors.

4. The Debtor, Stephen D. Browning wishes to continue in the current Chapter 7 case.

5. A Notice of Appearance with regard to the Debtor, Stephen D. Browning only, has been filed.

6. The debtors have cross Family Court Orders requiring them to have no contact with each other. The Section 341 meeting needs to be attended and Mr. Browning will attend that once the case is severed.

7. Debtor Stephen D. Browning requires a Discharge Order from this Court due to the tremendous amount of debt mostly from a failed business.

WHEREFORE, Debtor, Stephen D. Browning, respectfully requests that this Chapter 7 case be severed into two distinct Chapter 7 cases and that he be allowed to continue in the current Chapter 7 case.

                    HOLFELD & BECKER

                    /S/ Doreen H. Becker
                    Doreen H. Becker, No. 2720
                    1217 King Street
                    Wilmington, DE  19801
                    (302) 654-3535
                    Attorney for Stephen D. Browning

Dated:  July 22, 2019