UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re                                  :
                                       :
Stephen D. Browning                    :           Bk. No. 19-11174
                                       :             Chapter 7
                                       :
                Debtors                :

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR(S)

**PLEASE TAKE NOTICE** that Stephen D. Browning, by and through his attorney,

Doreen H. Becker, Esquire, hereby notifies the court of the Debtors change of address.

1. Debtor previously resided at 30-A Albe Drive, Newark, DE 19702.

2. Debtors currently resides at P.O. Box 254, Bear, DE 19701.

                                       *Is/ Doreen H. Becker. Esquire*
                                       DOREEN H. BECKER      #2720
                                       Holfeld & Becker
                                       1217 King Street Wilmington, DE 19801
                                       (302) 654-3535
                                       Attorney for Debtor

Dated: August 23, 2019