## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| BROWNING, STEPHEN D., | : | CASE NO. 19-11174 LSS |
| | : | |
| Debtor. | : | |

## **NOTICE OF ABANDONMENT**

The following property, set forth in Debtor's Petition, is abandoned by the Trustee on the grounds that there are liens against said property of greater value than the property itself, the property is burdensome to the estate, the property is of inconsequential value and benefit to the estate, and/or attempts at liquidation of same by the Trustee would require a greater expenditure of time and funds than could be realized by the estate.

| **Property** | **Value** | **Lienholder** | **Amount of Lien** | **Exempt** |
|---|---|---|---|---|
| 201 W. Skeet Circle, Bear, DE 19701 | $180,000.00 | Suntrust Bank | $131,409.00 | $48,591.00 |

If no objections are filed, the effective date is fourteen (14) days from date of mailing.

_/s/ *Jeoffrey L. Burtch, Esquire*_
Jeoffrey L. Burtch, Esquire
P. O. Box 549
Wilmington, DE  19899
(302) 472-7427
        Trustee

Dated:        August 29, 2019